Vivian Estelle GILLIS, Appellant, v. UNITED STATES of America, Appellee.

No. 11175.

Circuit Court of Appeals, Ninth Circuit.

March 11, 1946.

Appellant in pro. per.

Charles H. Carr, U. S. Atty., and James M. Carter and Angus D. McEachen, Assts., all of Los Angeles, Cal., for appellee.

Before MATHEWS, STEPHENS, and ORR, Circuit Judges.

PER CURIAM.

The motion of appellee to dismiss appeal herein for failure of appellant to prosecute the appeal coming on regularly for hearing, Mr. Angus McEachen, Asst. U. S. Atty., counsel for appellee, orally moved the court for such dismissal. There being no response to such motion by appellant, and no appearance on her behalf in open court, and good cause therefor appearing, it is ordered that such motion be granted, that the appeal herein be dismissed, that a judgment be filed and entered accordingly and the mandate of this court in this cause issue forthwith.